UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-25729-BKC-RAM

CHAPTER 13

IN RE:
LOUIS FULOP
and VIVIAN FULOP,
    Debtors.
_____/

## DEBTORS' MOTION TO ALLOW CASE TO PROCEED IN NORMAL COURSE PENDING DISCHARGE OF PRIOR CASE

The Debtors, LOUIS and VIVIAN FULOP, move this Honorable Court for an order allowing this case to proceed in the normal course pending Discharge of Prior Case, and state:

1. On September 17, 2010, the Debtors filed a voluntary petition under Chapter 13 of Title 11 of the U.S. Bankruptcy Code, case number 10-38024-BKC-RAM

2. The base plan of this case has been paid off pursuant to this Court's Order increasing plan base, [ECF 278].

3. A foreclosure complaint was filed by U.S. Bank, N.A., against the Debtors, in Miami-Dade Circuit Court, case number 08-32789-CA-08 and a sale was scheduled for November 28, 2016 at 9:00 a.m.

4. This new case was filed to stop the foreclosure sale.

5. The 2010 case is administratively completed, although the case has not been officially discharged.

6. This new case will only deal with an MMM on the Debtors' first mortgage and there are no overlapping issues or debts that will be dealt with in this new bankruptcy.

1

7. There is no per say prohibition against in the Bankruptcy Code, which prohibits two bankruptcy cases pending at the same time. The new case does not deal with any of the assets or debts from the old case and the Debtors understand they will not be entitled to a Discharge, but will only proceed to attempt an MMM modification.

WHEREFORE, the Debtors request that this Honorable Court enter an Order allowing this case to proceed in the normal course pending Discharge of Prior Case and any other relief this Court deems proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent via email to Nancy Neidich, Trustee, at e2c8f01@ch13herkert.com and all others set forth in the NEF, this 29th day of November 2016 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to all creditors.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone    (305) 443-4217
Facsimile    (305) 443-3219
Email- Pleadings@bkclawmiami.com


By    /s/ Michael A. Frank
      Michael A. Frank
      Florida Bar No. 339075