UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-25729-BKC-RAM

CHAPTER 13

LOUIS FULOP
and VIVIAN SHLESIGNER-FULOP
  Debtor.
_____/

**EMERGENCY HEARING REQUESTED**

**DEBTOR'S EMERGENCY MOTION TO EXTEND THE AUTOMATIC STAY
PURSUANT TO § 362(c)(3)(B)**
**(Emergency hearing requested a few days prior to the expiration of December 23,
2016, pursuant to Local Rule )**

    The Debtors, LOUIS FULOP and VIVIAN SHLESIGNER-FULOP, by and through their undersigned attorney, requests this Honorable Court to grant an Emergency Order Extending the Automatic Stay and states:

    1.    The Debtors had a prior Chapter 13 bankruptcy that was filed on September 17, 2010.  This case is still "pending" and the Debtors have paid their plan base in full. Only administrative acts need to be completed by the Chapter 13 Trustee to obtain the Debtors' Discharge.

    2.    Pursuant to § 362(c)(3)(B), the Debtors must file a Motion to extend the automatic stay as there was one pending bankruptcy case within the year prior to the filing of this bankruptcy.

    3.    Although there is a presumption that this case was filed in bad faith, the Debtors intend to prove by clear and convincing evidence that this case is in fact filed in good faith and that the only debts to be dealt with in this Chapter 13 is the first mortgage on the Debtors' homestead property and the Debtors intend to participate in the MMM program.

    4.    Undersigned requests a hearing date a few days prior to the expiration of December 23, 2016.

## **CERTIFICATION OF LOCAL RULE 9075-I**

(5)     The Rule requires that this Motion be heard prior to the expiration of the thirty (30) day period subsequent to the filing date, *i.e.,* December 23, 2016.

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and Subject Motion (if not previously served) was sent by e-mail to Nancy Neidich, Trustee, at e2c8f01@ch13herkert.com, and all others set forth in the NEF, this 2nd day of December 2016 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to Bank of America, Attn: Bankruptcy Dept, 4161 Piedmont Parkway, NC4-105-03-14, Greensboro, NC 27410, Specialized Loan Servicing, LLC, c/o Buckley Madole, PC, Attn: Austin Noel, Esquire, Post Office Box 22408, Tampa, FL 33622, 100 Hidden Bay Condominium Association, c/o Cheryl J. Levine, Esquire, 4694 Northwest 103rd Avenue, Ft. Lauderdale, FL 33351 and to all creditors.

> Law Offices of Michael J. Brooks, Michael A. Frank
> & Rodolfo H. De La Guardia, Jr.
> Attorneys for the Debtors
> Suite 620 • Union Planters Bank Building
> 10 Northwest LeJeune Road
> Miami, FL 33126-5431
> Telephone (305) 443-4217
> Email- Pleadings@bkclawmiami.com
>
> By:    /s/ Michael J. Brooks
>     Michael J. Brooks
>     Florida Bar No. 434442