

**ORDERED in the Southern District of Florida on December 14, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:   CASE NO. 16-25729-BKC-RAM
         CHAPTER 13

LOUIS FULOP
and VIVIAN SHLESIGNER-FULOP,
    Debtors.
_____/

### ORDER GRANTING EXTENSION OF THE AUTOMATIC STAY PURSUANT TO § 362(c)(3)(B)

THIS CAUSE having come on to be heard at 9:00 a.m., on December 13, 2016, on the Debtor's Emergency Motion to Extend the Automatic Stay pursuant to 11.U.S.C. § 362(c)(3)(B), [ECF 10] this Court having heard argument of counsel, a proffer of testimony of witness, and based on the record, this Court makes the following **Findings of Fact and Conclusions of Law**:

1. The Debtor(s), LOUIS FULOP and VIVIAN SHLESIGNER-FULOP, have met their burden of proof by clear and convincing evidence that the Automatic Stay should be extended pursuant to 11 U.S.C. 362 (c)(3)(B).

2. All payments made are vested and non-refundable to the Debtor(s).

1

**IT IS THEREFORE ORDERED:**

3. The Debtor(s) Emergency Motion to Extend Stay is GRANTED and the Automatic Stay shall be in full force and effect against all creditors until further Order of this Court or upon any subsequent Order granting relief from the automatic stay.

### ###

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Bank of America, N.A., Attn: Bankruptcy Dept.,
Specialized Loan Servicing, LLC, c/o Buckley Madole, P.C., Attn: Austin Noel, Esquire
Hidden Bay Condominium Association, c/o Cheryl J. Levine, Esquire
and all creditors

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.