

ORDERED in the Southern District of Florida on December 14, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-25729-BKC-RAM

CHAPTER 13

IN RE:

LOUIS FULOP
and VIVIAN FULOP,
    Debtors.
_____/

### ORDER GRANTING DEBTORS' MOTION TO ALLOW CASE TO PROCEED IN NORMAL COURSE PENDING DISCHARGE OF PRIOR CASE

THIS CAUSE having come on to be heard at 9:00 a.m., on December 13, 2016, on the Debtors' Motion to allow Case to Proceed in Normal Course pending Discharge of prior case, [ECF 5], having heard argument of counsel, and based upon the record, it is,

**ORDERED**:

1. The Debtors' Motion to allow Case to Proceed in Normal Course pending Discharge of prior case is GRANTED.

      2.      There is no prejudice to any parties in this case to allow this case to be pending while the case is administratively closed and discharged.

      3.      This case shall proceed in it's normal course pending Discharge of prior case.

### # # #

Submitted by:
Michael J. Brooks, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael J. Brooks, Esquire
Nancy Neidich, Trustee
and to all creditors

      Attorney, Michael J. Brooks, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.